IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.  MDL 875 |
| Robert O'Keefe<br><br>                           Plaintiff,<br><br>v.<br><br>AGA Gas, Inc., et al.,<br><br>                           Defendants | PA-ED Case No. 08-92210<br><br>*Trans. from IL-CD Case No. 06-1308* |

## MOTION TO APPOINT SPECIAL ADMINISTRATOR

NOW COMES Nadra O'Keefe by and through her attorneys, CASCINO VAUGHAN LAW OFFICES, LTD. and pursuant to Rule 25 (a) of the Federal Rules of Civil Procedure, moves this Honorable Court to enter an order to appoint her Special Administrator on behalf of Robert O'Keefe, deceased, to litigate the above-captioned matter, and to change the above caption to reflect the same, and, in support thereof, states as follows:

1. Plaintiff, Robert O'Keefe, died on 3/11/2006, pursuant to State of Illinois Medical Death Certificate attached hereto.

2. Nadra O'Keefe is the wife of Robert O'Keefe.

WHEREFORE, Nadra O'Keefe, moves this Honorable Court to enter an order appointing her Special Administrator for the purpose of litigating this cause, and changing the caption to read: Nadra O'Keefe, individually and as special administrator of the estate of Robert O'Keefe, deceased, Plaintiff v. AGA Gas, Inc., et al., Defendants.

Respectfully submitted,

By: s/ Michael P. Cascino
One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
E-mail: mcascino@cvlo.com

CERTIFICATE OF SERVICE
FOR CASE NO. 08-92210

I hereby certify that on July 15, 2010 I electronically filed the foregoing with the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system which will send notification of such filing to the following:

**RONALD AUSTIN , JR**
RA2LAW@cs.com

**MAJA C. EATON**
meaton@sidley.com

**MATTHEW J. FISCHER**
mfischer@schiffhardin.com

**ROBERT P. HARRIS**
rpharrislaw@aol.com

**ROGER K. HEIDENREICH**
rheidenreic@sonnenschein.com,stlouisdocket@sonnenschein.com,ntishma@sonnenschein.com

**DANIEL W. MCGRATH**
dmcgrath@hinshawlaw.com

**LAURIE S. RANDOLPH**
lrandolph@hinshawlaw.com

**STEVEN J. SCOTT**
sscott@maccabe-mcguire.com,tmurphy@maccabe-mcguire.com

**ROBERT SPITKOVSKY , JR**
spitkovsky@jbltd.com

and I mailed by United States Postal Service copies to the following non-CM/ECF participants:

```
JAMES C. COOK
WALKER & WILLIAMS
4343 W. MAIN STREET
BELLEVILLE, IL 62223

KATHERINE E. GRAF
MAYER BROWN
700 LOUISIANA STREET
HOUSTON, TX 77022

MARY ANN HATCH
HERZOG CREBS
5111 WEST MAIN ST.
BELLEVILLE, IL 62226

EDWARD P. KENNEY
```

SIDLEY AUSTIN  
ONE SOUTH DEARBORN ST  
CHICAGO, IL 60603

**CRAIG T. LILJESTRAND**  
HINSHAW & CULBERTSON  
222 N. LASALLE ST. STE 300  
CHICAGO, IL 60601

**EDWARD H. MACCABE**  
MACCABE AND MCGUIRE  
77 W. WACKER DRIVE  
SUITE 3333  
CHICAGO, IL 60601-1634

**TIMOTHY J. MURPHY**  
MACCABE & MCGUIRE  
77 W. WACKER DR STE 3333  
CHICAGO, IL 60601

**JAMES E. PECKERT**  
KEHART PECKERT & BOOTH  
132 S. WATER STREET  
P.O. BOX 860  
DECATUR, IL 62525

**JASON B. SMALL**  
KEHART PECKERT & BOOTH  
132 S. WATER STREET  
SUITE 200  
P.O. BOX 860  
DECATUR, IL 62525

                                  s/ Michael P. Cascino

Michael P. Cascino  
Cascino Vaughan Law Offices  
220 S. Ashland Ave.  
Chicago, IL 60607  
(312) 944-0600

# STATE OF ILLINOIS
# MEDICAL CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. 70-10
REGISTERED NUMBER 496

Type or Print in PERMANENT INK. See Funeral Directors, Hospital, or Physicians Handbook for INSTRUCTIONS

**A — DECEASED**

1. DECEASED–NAME: FIRST: Robert  MIDDLE: Vincent  LAST: O'Keefe
2. SEX: Male
3. DATE OF DEATH (MONTH, DAY, YEAR): March 11, 2006
4. COUNTY OF DEATH: Peoria
5a. AGE-LAST BIRTHDAY (YRS): 68
5b. UNDER 1 YEAR — MOS./DAYS:
5c. UNDER 1 DAY — HOURS/MIN.:
5d. DATE OF BIRTH (MONTH, DAY, YEAR): [redacted] 1937
6a. CITY, TOWN, TWP., OR ROAD DISTRICT NUMBER: Peoria
6b. HOSPITAL OR OTHER INSTITUTION–NAME: OSF St. Francis Medical Center
6c. IF HOSP. OR INST., INDICATE D.O.A. OP/EMER. RM. (OP/ER) IN-PATIENT (SPECIFY): Inpatient
7. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): Pekin, Illinois
8a. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY): Married
8b. NAME OF SURVIVING SPOUSE (MAIDEN NAME, IF WIFE): Nadra Lynn Schmick
9. WAS DECEASED EVER IN ARMED FORCES? (YES/NO): No
10. SOCIAL SECURITY NUMBER: [redacted]-3060
11a. USUAL OCCUPATION: Brickmason
11b. KIND OF BUSINESS OR INDUSTRY: Manufacturing
12. EDUCATION: Elementary/Secondary (0-12): 12  College (1-4 or 5+):
13a. RESIDENCE (STREET AND NUMBER): 903 S. 17th Street
13b. CITY, TOWN, TWP., OR ROAD DISTRICT NO.: Pekin
13c. INSIDE CITY (YES/NO): Yes
13d. COUNTY: Tazewell
13e. STATE: Illinois
13f. ZIP CODE: 61554
14a. RACE (WHITE, BLACK, AMERICAN INDIAN, etc.)(SPECIFY): White
14b. OF HISPANIC ORIGIN?: ☒ NO  ☐ YES  SPECIFY:

**PARENTS**

15. FATHER–NAME: FIRST: Earl  MIDDLE: Paul  LAST: O'Keefe
16. MOTHER–NAME: FIRST: Elizabeth  MIDDLE: Catherine  (MAIDEN) LAST: Keogel
17a. INFORMANT'S NAME: Nadra Lynn O'Keefe
17b. RELATIONSHIP: Wife
17c. MAILING ADDRESS: 903 S. 17th St. Pekin, IL 61554

**CAUSE**

18. PART I. Immediate Cause:
(a) Small cell carcinoma of lung — APPROXIMATE INTERVAL: several years
(b) tobacco use — many years
(c)

PART II. Other significant conditions: CORD, acute myocardial infarction, pneumonia

19a. AUTOPSY (YES/NO): No
19b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH: 
20a. DATE OF OPERATION, IF ANY: —
20b. MAJOR FINDINGS OF OPERATION: —
20c. IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS? YES ☐ NO ☐

**CERTIFIER**

21a. (DID)/(DID NOT) ATTEND THE DECEASED AND LAST SAW HIM/HER ALIVE ON (MONTH, DAY, YEAR): 3-9-06
21b. WAS CORONER OR MEDICAL EXAMINER NOTIFIED? (YES/NO): Yes
21c. HOUR OF DEATH: 8:20 A.
22a. SIGNATURE: [signed]
22b. DATE SIGNED: 3-13-06
22c. NAME AND ADDRESS OF CERTIFIER: John D. Buck, M.D.  105 S. Locust, Tremont, IL
22d. ILLINOIS LICENSE NUMBER: 036-091583
23. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER:

**DISPOSITION**

24a. BURIAL, CREMATION, REMOVAL (SPECIFY): Cremation
24b. CEMETERY OR CREMATORY–NAME: Central Illinois Mortuary Services
24c. LOCATION — CITY OR TOWN, STATE: Peoria, Illinois
24d. DATE: 03/15/2006
25a. FUNERAL HOME NAME, STREET AND NUMBER OR RFD, CITY OR TOWN, STATE, ZIP: Abts Mortuary  905 S. Fifth St.  Pekin, Illinois  61554
25b. FUNERAL DIRECTOR'S SIGNATURE: Dorothy Jean Clugsten
25c. FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: 034-009730
26a. LOCAL REGISTRAR'S SIGNATURE: Andrew L. Parker
26b. DATE FILED BY LOCAL REGISTRAR: March 14, 2006

VR200 (Rev. 5/89)  Illinois Department of Public Health—Division of Vital Records
(BASED ON 1989 U.S. STANDARD CERTIFICATE)

---

## CERTIFIED COPY OF VITAL RECORDS

STATE OF ILLINOIS )
                  ) ss
COUNTY OF PEORIA  )

This is to certify that this is a true and correct copy of the official record filed with the Illinois Department of Public Health.

DATE ISSUED: MAR 14 2006

Andrew L. Parker, MS, RN

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE