# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASPESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | } } } } | MDL DOCKET NO.: MDL-875 |
| THIS DOCUMENT RELATES TO:<br>Cases Referred to Magistrate Judge<br>David R. Strawbridge Identified on the<br>Attached Exhibit A | } } } } | |

## ORDER

AND NOW, this ____ day of October, 2011, upon consideration of Defendants' motion to compel Plaintiffs' responses to screening and evaluation interrogatories and request for production, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED THAT Plaintiffs shall respond to Defendants' Screening and Evaluation Interrogatories and Requests for Production no later than OCTOBER 27, 2011.

_____
David R. Strawbridge
United States Magistrate Judge