DOCUMENT REMOVED;

FILED WITH PERSONAL IDENTIFIERS