IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | CONSOLIDATED UNDER MDL 875 |
| VARIOUS PLAINTIFFS | : : | |
| v. | : : | Certain cases wherein Plaintiff is Represented by Cascino Vaughan Law Offices, listed in this Order and in attached Exhibits |
| VARIOUS DEFENDANTS | : : : | |

FILED
JUL 23 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**O R D E R**

**AND NOW**, this **23rd** day of **July, 2012**, it is hereby **ORDERED** that, for the reasons set forth generally in this Court's Memorandum Opinion of November 14, 2011:[1]

1. Defendants' Motions to Dismiss for failure to provide a sufficient Administrative Order No. 12 ("AO 12") report with respect to exposure history are **GRANTED** and the cases listed in Exhibit "A," attached, are hereby **DISMISSED** and shall be marked **CLOSED**.[2]

---

[1] --- F. Supp. 2d ---, 2011 WL 5555615 (E.D. Pa. 2011) (Robreno, J.).

[2] The Court reiterates that asbestos multi-district litigation presents peculiar case management needs. To streamline the litigation, and in the interest of justice, the Court issued Administrative Order No. 12 which, like the Lone Pine order that originated from the New Jersey case of Lore v. Lone Pine Corp., No. L-03306-85, 1986 N.J. Super. LEXIS 1626 (N.J. Sup. Ct. Nov. 18, 1986), was designed to serve three objectives. One, to assist the Court in managing the large number of cases and the complex issues involved in this litigation. Two, to allow meritorious

1

2. In <u>Hakes v. AW Chesterton Company, et al.</u>, (case no. 10-68063), Defendants' Motion to Dismiss (doc. no. 34) is **GRANTED** with regard to certain defendants, and **DENIED** with regard to certain other defendants. Plaintiff's counsel certified that they provided AO 12 reports to certain Defendants (<u>see</u> case no. 08-90252, doc no. 37), but did not serve others. Thus, the Motion to Dismiss is **GRANTED** as to those Defendants who were not served: Defendants General Electric Company; Owens-Illinois, Inc., d/b/a/ O-I; and Union Carbide Corporation. The motion to dismiss is **DENIED** as to the remaining defendants, who were served with AO 12 reports.

3. In <u>Strerath v. AW Chesterton Company, et al.</u>, (case no. 11-63496), Defendants' Motion to Dismiss (doc. no. 112) is **GRANTED** with regard to certain defendants, and **DENIED** with regard to certain other defendants. Plaintiff's counsel certified that

---

cases to move to trial or settlement promptly. And three, to avoid unnecessary burdens on defendants, by requiring plaintiffs to provide certain medical and exposure information at the outset of the case. <u>See</u> <u>Acuna v. Brown & Root</u>, 200 F.3d 335, 340 (5th Cir. 2000) ("<u>Lone</u> <u>Pine</u> orders are designed to handle the complex issues and potential burdens on defendants and the court in mass tort litigation. In the federal courts, such orders are issued under the wide discretion afforded district judges over the management of discovery under Federal Rule of Civil Procedure 16."). Without evidence of an exposure history for each plaintiff and a medical diagnosis that allows defendants and the Court to sort through, for example, which plaintiffs allegedly were exposed to whose asbestos at which locations, the litigation of thousands of cases could not go forward.

they provided AO 12 reports to certain Defendants (see case no. 08-90252, doc no. 37), but did not serve others. Thus, the Motion to Dismiss is **GRANTED** as to those Defendants who were not served: Defendants Bayer CropScience, Inc., as Corporate Successor to Amchem Products; Georigia-Pacific, LLC; and Union Carbide Corporation. The motion to dismiss is **DENIED** as to the remaining defendants, who were served with AO 12 reports.

    4. Defendants' Motions to Dismiss for failure to show any asbestos-related medical impairment are **GRANTED** and the cases listed in Exhibit "B" are hereby **DISMISSED** and shall be marked **CLOSED**.

    5. Defendants' Motions to Dismiss listed in Exhibit "C" are **GRANTED** as Plaintiffs' failed to oppose the motions within the proscribed time period, and therefore the cases listed in Exhibit "C" are hereby **DISMISSED** and shall be marked **CLOSED**.

**IT IS SO ORDERED.**

_____
Eduardo C. Robreno, J.

# EXHIBIT A

| Case Number | Caption | Filed By | Doc. No. |
|---|---|---|---|
| 08-89351 | Stump v. A P Green Refractories Co, The et al | Sprinkmann Sons Corporation | 40 |
| 10-62044 | Luedtke v. Acands Inc et al | Atlantic Richfield Co. | 45 |
| 08-89352 | Suver v. A P Green Refractories Co, The et al | Sprinkmann Sons Corporation | 43 |
| 08-89356 | Smothers v. The Anchor Packing Company et al | The Okinite Company Inc. | 28 |
| 10-62034 | Christensen v. Acands Inc et al | Certain Defendant(s) | 47 |
| 11-63502 | Gnewikow v. Amtico International Inc et al | Bechtel Corporation | 91 |
| 10-67852 | Nehls v. Acands Inc et al | Certain Defendant(s) | 44 |
| 09-60461 | Woldt v. Ac And S Inc et al | Certain Defendant(s) | 32 |
| 10-62050 | Przybyla v. The Anchor Packing Company, Et. Al | Georgia-Pacific Corporation Maremont Corporation Cbs Incorporated Union Carbide Corp Nosroc Corporation | 61 |
| 10-62070 | Desiderio v. The Anchor Packing Co., et al | Atlantic Richfield Co. | 59 |
| 08-88398 | Quist et al v. The Anaconda Company et al | The Anaconda Company | 43 |
| 08-88402 | Landes et al v. The Anaconda Company et al | The Anaconda Company | 41 |
| 08-88486 | Shackelford et al v. Anchor Packing Company et al | Ericsson Radio Systems Inc | 41 |
| 11-63491 | Weiss v. Aw Chesterton Company et al | Warren Pumps LLC | 224 |
| 11-64241 | Streber v. A.W. Chesterton Company et al | Warren Pump Inc | 127 |
| 11-63499 | Anderson v. Aw Chesterton Company et al | Warren Pumps LLC | 169 |
| 08-89998 | Amos v. Ac&S Inc. et al | Certain Defendant(s) | 55 |
| 09-61345 | Kuchler v. The Anchor Packing Company, et al | Certain Defendant(s) | 47 |

| 08-91068 | Williams v. Ac And S Inc et al | Certain Defendant(s) | 39 |
|---|---|---|---|
| 10-61894 | Winter v. Acands Inc. et al | Certain Defendant(s) | 39 |
| 10-61496 | Woods v. The Anchor Packing Company et al | Certain Defendant(s) | 43 |
| 10-67894 | Zunker v. Acands Inc et al | Certain Defendant(s) | 41 |
| 08-90127 | Breternitz v. A.C. And S., Inc. et al | Certain Defendant(s) | 32 |
| 08-92194 | Brooks v. A C & S Inc et al | Certain Defendant(s) | 102 |
| 10-67650 | Brown v. Ac And S Inc et al | Certain Defendant(s) | 41 |
| 10-68076 | Cathelyn v. A C & S Inc et al | Certain Defendant(s) | 47 |
| 08-89846 | Cook v. A.C. And S., Inc. et al | Certain Defendant(s) | 59 |
| 08-89452 | Curlee v. Ac&S, Inc. et al | Certain Defendant(s) | 30 |
| 08-92137 | Edwards v. A C And S Inc. et al | Certain Defendant(s) | 97 |
| 10-67667 | Flanagan v. Ac And S Inc et al | Certain Defendant(s) | 29 |
| 09-61329 | Gall v. Acands Inc et al | Certain Defendant(s) | 35 |

| | | | |
|---|---|---|---|
| 10-67846 | Leggett v. Acands Inc et al | Certain Defendant(s) | 27 |
| 08-89475 | Lehr v. Ac&S Inc et al | Certain Defendant(s) | 26 |
| 08-89487 | Loddeke v. Ac&S Inc et al | Certain Defendant(s) | 29 |
| 08-90956 | Bergner v. Ac And S, Inc. et al | Certain Defendant(s) | 27 |
| 10-68105 | Nichols v. A C And S Inc et al | Certain Defendant(s) | 92 |
| 11-66747 | Ryan v. Airgas Merchant Gases LLC et al | Alfa Laval, Inc. | 57 |
| 08-91883 | Skinner v. Acands Inc. et al | Certain Defendant(s) | 27 |
| 10-67674 | Smith v. Ac And S Inc et al | Certain Defendant(s) | 28 |
| 09-60335 | Strong et al v. Anchor Packing Co et al | Certain Defendant(s) | 23 |
| 08-90119 | Trodden v. Ac&S Inc et al | Certain Defendant(s) | 40 |
| 08-90940 | Watkins v. Ac And S Inc et al | Certain Defendant(s) | 25 |
| 08-90088 | Brattoli v. A.C. And S., Inc. et al | Certain Defendant(s) | 29 |
| 08-90000 | Williams v. A. C. And S., Inc. et al | Certain Defendant(s) | 60 |

| | | | |
|---|---|---|---|
| 11-63508 | Galles v. AW Chesterton Company et al | Certain Defendant(s) | 175 |
| 09-64610 | Barden v. A C And S Inc et al | Certain Defendant(s) | 39 |
| 08-92311 | Green v. A C And S Inc et al | Certain Defendant(s) | 102 |
| 08-89492 | Kennedy v. Ac&S Inc et al | Certain Defendant(s) | 96 |
| 08-90337 | Kibler v. A.C. And S. Inc. A Corporation et al | Certain Defendant(s) | 28 |
| 10-67789 | Krejcarek v. Acands Inc et al | Certain Defendant(s) | 42 |
| 09-61402 | Krueger v. Anchor Packing Co et al | Certain Defendant(s) | 41 |
| 08-90115 | Simunich v. A. C. And S., Inc. et al | Certain Defendant(s) | 31 |
| 10-67792 | Voight v. Acands Inc et al | Certain Defendant(s) | 25 |
| 08-90182 | Hope v. A. C. And S., Inc. et al | Certain Defendant(s) | 43 |
| 08-92175 | Kalis v. Ac&S Inc et al | Certain Defendant(s) | 44 |
| 10-67838 | Specht v. Acands Inc et al | Anaconda Corporation | 27 |
| 10-67838 | Specht v. Acands Inc et al | Anaconda Corporation | 28 |
| 10-62041 | Kelley v. Acands Inc et al | Atlantic Richfield Co. | 65 |
| 10-62053 | Schuldenberg v. Acands Inc et al | Atlantic Richfield Co. | 44 |
| 10-62057 | Baylor v. Acands Inc et al | Atlantic Richfield Co. | 42 |
| 10-65919 | Kruse v. Acands Inc et al | Atlantic Richfield Co. | 45 |
| 08-92210 | Nadra O'Keefe v. Aga Gas Inc et al | CBS Corp. Owens Illinois Inc | 159 |

| | | | |
|---|---|---|---|
| 10-64574 | Crouch v. Ac&S Inc et al | Young Insulation Group<br>Dap Products, Inc. | 73 |
| 08-89437 | Morse v. Ac&S Inc et al | Rhone-Poulenc Ag Co | 39 |
| 11-66288 | Unzicker v. A.W. Chesterton Company et al | Trane Us, Inc.<br>CBS Corporation | 207 |
| 09-61817 | Conner v. AC and S Inc et al | John Crane Inc<br>Okinite Company The | 71 |
| 08-89437 | Morse v. Ac&S Inc et al | Georgia Pacific Corporation | 38 |
| 08-90142 | Allen v. A. C. And S., Inc. et al | Ericsson, Inc. | 75 |
| 08-89326 | Orr v. A C & S Inc et al | Ericsson Inc | 31 |
| 08-91307 | Sasveld v. AC and S Inc et al | Chicago Protective Apparel | 30 |
| 08-91184 | Weeks v. A&M Insulation Co et al | Chicago Protective Apparel | 28 |
| 10-67872 | Armstrong v. Acands Inc et al | Certain Defendant(s) | 28 |
| 09-64708 | Homer v. A C And S Inc et al | Certain Defendant(s) | 30 |
| 08-89988 | Puttkammer v. A C And S, Inc. et al | Certain Defendant(s) | 42 |

## EXHIBIT B

| Case Number | Caption | Filed By | Doc. No. |
|---|---|---|---|
| 11-64235 | Shannon v. CBS Corporation et al | Weyerhaeuser Company | 37 |
| 09-61497 | Bednar v. Anchor Packing Co et al | Certain Defendant(s) | 29 |
| 09-61449 | Kuchler v. Acands Inc et al | Certain Defendant(s) | 49 |
| 11-63498 | Lapresto v. AW Chesterton Company et al | Certain Defendant(s) | 99 |
| 10-67810 | Lepine v. Acands Inc et al | Certain Defendant(s) | 26 |
| 10-65851 | Leslie v. Acands Inc et al | Certain Defendant(s) | 30 |
| 08-88535 | Letner et al v. Anchor Packing Company et al | Certain Defendant(s) | 22 |
| 09-60338 | Link et al v. Anchor Packing Co et al | Certain Defendant(s) | 23 |
| 10-61497 | Maciejewski v. A.C. And S., Inc. et al | Certain Defendant(s) | 29 |
| 09-60465 | Maio v. Acands Inc et al | Certain Defendant(s) | 24 |
| 08-89453 | Mcconchie v. Ac&S et al | Certain Defendant(s) | 47 |
| 08-90126 | Mckibben v. Ac&S Inc et al | Certain Defendant(s) | 29 |
| 08-89304 | Mcwhirter v. Ac&S et al | Certain Defendant(s) | 27 |
| 08-91750 | Miller v. Acands Inc et al | Certain Defendant(s) | 27 |
| 10-67856 | Monday v. Acands Inc | Certain Defendant(s) | 26 |
| 09-61541 | Moon v. Anchor Packing Co et al | Certain Defendant(s) | 27 |
| 08-89976 | Muffler v. Acands, Inc. et al | Certain Defendant(s) | 52 |
| 09-61423 | Ostrowski v. Ac And S Inc et al | Certain Defendant(s) | 35 |
| 10-61890 | Ouradnik v. Acands Inc. et al | Certain Defendant(s) | 25 |
| 08-89980 | Bergstrom v. A C And S, Inc. et al | Certain Defendant(s) | 52 |
| 10-67871 | Nicholson v. Acands Inc et al | Certain Defendant(s) | 27 |
| 08-90104 | Peterson v. A.C. And S. Inc. et al | Certain Defendant(s) | 32 |
| 08-89293 | Powell v. Acands Inc et al | Certain Defendant(s) | 88 |
| 10-67680 | Pulido v. Ac And S Inc et al | Certain Defendant(s) | 22 |

| | | | |
|---|---|---|---|
| 08-91428 | Pullins v. Ac And S Inc et al | Certain Defendant(s) | 25 |
| 09-64742 | Reed v. Ac And S Inc et al | Certain Defendant(s) | 23 |
| 08-91649 | Block et al v. Anchor Packing Company et al | Certain Defendant(s) | 49 |
| 08-89360 | Rice v. The Anchor Packing Company et al | Certain Defendant(s) | 32 |
| 08-91027 | Richardson, Sr v. Ac And S Inc et al | Certain Defendant(s) | 22 |
| 08-90048 | Romanetto v. A. C. And S., Inc. et al | Certain Defendant(s) | 53 |
| 10-61863 | Scherz v. Acands Inc. et al | Certain Defendant(s) | 25 |
| 10-67756 | Schibline v. Acands Inc et al | Certain Defendant(s) | 26 |
| 09-61429 | Schluga v. Ac And S Inc et al | Certain Defendant(s) | 33 |
| 09-61531 | Schneider v. Anchor Packing Co et al | Certain Defendant(s) | 26 |
| 10-67851 | Schneider v. Acands Inc et al | Certain Defendant(s) | 26 |
| 10-67862 | Schultz v. Acands Inc et al | Certain Defendant(s) | 29 |
| 08-90002 | Scroghan v. A. C. And S., Inc. et al | Certain Defendant(s) | 51 |
| 10-61417 | Bond v. Asbestos Claims Management Corporation et al | Certain Defendant(s) | 26 |
| 08-90331 | Shambaugh v. Acands, Inc. et al | Certain Defendant(s) | 50 |
| 08-90226 | Sims, et al v. A.C. And S. Inc | Certain Defendant(s) | 52 |
| 08-91017 | Sjaaheim v. Ac And S Inc et al | Certain Defendant(s) | 21 |
| 08-89480 | Skinner v. Ac&S Inc et al | Certain Defendant(s) | 28 |
| 10-67780 | Skrobis v. Acands Inc et al | Certain Defendant(s) | 27 |
| 10-67651 | Smith v. Ac And S Inc et al | Certain Defendant(s) | 27 |
| 08-91409 | Smith v. Ac And S Inc et al | Certain Defendant(s) | 26 |
| 08-89476 | Soulney v. Ac&S Inc et al | Certain Defendant(s) | 47 |
| 10-67697 | Spurlock v. Ac And S Inc et al | Certain Defendant(s) | 27 |
| 10-69017 | Stirsman v. A C And S Inc et al | Certain Defendant(s) | 21 |
| 08-88596 | Boyer et al v. Anchor Packing Company et al | Certain Defendant(s) | 24 |
| 10-67790 | Strong v. Acands Inc et al | Certain Defendant(s) | 26 |

| | | | |
|---|---|---|---|
| 09-60466 | Swift v. Acands Inc et al | Certain Defendant(s) | 35 |
| 08-90030 | Tesmond v. Ac&S Inc. et al | Certain Defendant(s) | 29 |
| 08-89456 | Tincher v. Ac&S, Inc. et al | Certain Defendant(s) | 29 |
| 08-89997 | Anderson v. A.C. And S. Inc. et al | Certain Defendant(s) | 43 |
| 08-91417 | Turner v. Ac And S Inc et al | Certain Defendant(s) | 25 |
| 08-89903 | Turner v. Acs, Inc. et al | Certain Defendant(s) | 83 |
| 10-62023 | Vann v. Acands, Inc., et al. | Certain Defendant(s) | 29 |
| 10-62028 | Wahner v. Acands, Inc., et al. | Certain Defendant(s) | 27 |
| 08-88491 | Waldrip et al v. Anchor Packing Company et al | Certain Defendant(s) | 24 |
| 10-61879 | Yanke v. Acands Inc. et al | Certain Defendant(s) | 23 |
| 10-67691 | Williams v. Ac And S Inc et al | Certain Defendant(s) | 24 |
| 09-61039 | Winters v. A.P. Green Industries, Inc. et al | Certain Defendant(s) | 22 |
| 08-89954 | Brewer v. A C &S Inc. et al | Certain Defendant(s) | 47 |
| 08-92139 | Burton v. A C & S Inc. et al | Certain Defendant(s) | 103 |
| 09-61736 | Caldwell v. Acands Inc et al | Certain Defendant(s) | 30 |
| 09-60284 | Cammers v. A.C. And S., Inc. et al | Certain Defendant(s) | 30 |
| 08-90175 | Anderson v. A. C. And S., Inc. et al | Certain Defendant(s) | 38 |
| 09-61441 | Caputa v. Ac And S Inc et al | Certain Defendant(s) | 37 |
| 08-90330 | Cooper et al v. A W Chesterton Company et al | Certain Defendant(s) | 49 |
| 08-91944 | Dalton v. A C & S Inc et al | Certain Defendant(s) | 107 |
| 08-89953 | Deangelis v. A C & S Inc et al | Certain Defendant(s) | 49 |
| 08-90144 | Deloach v. A. C. And S., Inc. et al | Certain Defendant(s) | 56 |
| 10-67554 | Dottavio v. A. C. And S., Inc. et al | Certain Defendant(s) | 53 |
| 08-90155 | Doyle v. A.C. And S., Inc. et al | Certain Defendant(s) | 53 |
| 10-67559 | Eagle Jr. v. A.C. And S. Inc et al | Certain Defendant(s) | 49 |
| 09-60280 | Austin v. A.C. And S., Inc. et al | Certain Defendant(s) | 30 |

| | | | |
|---|---|---|---|
| 10-67813 | Erickson v. Acands Inc et al | Certain Defendant(s) | 27 |
| 08-90220 | Fadler v. A. C. And S., Inc. et al | Certain Defendant(s) | 92 |
| 08-90083 | Fourte v. Acands Inc et al | Certain Defendant(s) | 30 |
| 09-60330 | Hamann et al v. Anchor Packing Co et al | Certain Defendant(s) | 23 |
| 10-69080 | Hanes v. A C And S Inc et al | Certain Defendant(s) | 22 |
| 08-89819 | Haskins v. A.C. And S. Inc. et al | Certain Defendant(s) | 54 |
| 10-61873 | Hay v. Acands Inc. et al | Certain Defendant(s) | 25 |
| 08-90072 | Hester v. A.C. And S., Inc. et al | Certain Defendant(s) | 57 |
| 10-67648 | Barnes v. Ac And S Inc et al | Certain Defendant(s) | 27 |
| 09-60510 | Hoffman v. Acands Inc et al | Certain Defendant(s) | 33 |
| 09-61721 | Holloway v. Acands Inc et al | Certain Defendant(s) | 60 |
| 10-64569 | Beard v. Ac&S Inc et al | Certain Defendant(s) | 24 |
| 08-89564 | King v. Ac&S Inc et al | Certain Defendant(s) | 30 |
| 10-67665 | King v. Ac And S, Inc et al | Certain Defendant(s) | 27 |
| 10-61334 | Klosinski v. A.C. And S., Inc. et al | Certain Defendant(s) | 27 |
| 09-61482 | Koehler v. Anchor Packing Co et al | Certain Defendant(s) | 28 |
| 08-90064 | Holmes v. A.C. And S., Inc. et al | Certain Defendant(s) | 33 |
| 10-67799 | Honold v. Acands Inc et al | Certain Defendant(s) | 26 |
| 08-88503 | Hoopengarner et al v. Anaconda Company et al | Certain Defendant(s) | 25 |
| 09-61694 | Howard v. Ac And S Inc et al | Certain Defendant(s) | 36 |
| 10-61880 | Bartsch v. Acands Inc. et al | Certain Defendant(s) | 25 |
| 09-61881 | Hyland v. Ac And S Inc et al | Certain Defendant(s) | 39 |
| 10-67681 | Jakes v. Ac And S Inc et al | Certain Defendant(s) | 24 |
| 09-64723 | Jennings v. A C And S Inc et al | Certain Defendant(s) | 25 |
| 09-60337 | Johannsen et al v. Anchor Packing Co et al | Certain Defendant(s) | 23 |
| 09-60370 | Johannsen et al v. Anchor Packing Co et al | Certain Defendant(s) | 23 |

| | | | |
|---|---|---|---|
| 08-92239 | Beddow et al v. Armstrong World Industries, Inc. et al | Okonite, Incorporated | 104 |
| 10-68885 | Harris v. A C & S et al | John Crane Company | 28 |
| 08-90078 | Brady v. A.C. And S., Inc. et al | Ericsson, Inc. | 46 |

## EXHIBIT C

| Case Number | Caption | Filed By | Doc. No. |
|---|---|---|---|
| 08-89958 | Carnegie v. A C And S Inc. et al | Georgia Pacific Corporation<br>Rockbestos Company | 96 |
| 08-92122 | Johnson v. A C & S Inc et al | Georgia-Pacific Corporation<br>CBS Corporation | 144 |
| 09-61030 | Streveler v. Rhone Poulenc Ag Company, Et. Al. | Certain Defendant(s) | 13 |
| 09-61717 | Frankenberger v. Acands Inc et al | CBS Corporation<br>Georgia-Pacific Corporation | 95 |
| 09-64687 | Simmons v. A C and S Inc et al | Certain Defendant(s) | 27 |

Certificate of Service

**MAILED:**

| | | | | |
|---|---|---|---|---|
| ALBERT BOWER | DEBORAH SOLMOR | JENNIFER SEIDLER | MARK LIES | ROBERT WRIGHT |
| AMBER ACHILLES | DEIRDRE GALLAGHER | JEROME KRINGS | MARK RAKOCZY | ROISIN BELL |
| ANDREW BOLING | DEMARCUS GORDON | JERROD BARENBAUM | MARK ROSEN | RONALD CURTIS |
| ANDREW CROSS | DENIS RISCHARD | JILL RAKAUSKI | MATTHEW LEE | RONALD LIPINSKI |
| ANDREW KOLB | DENNIS DOBBELS | JOAN IRICK | MAUREEN KELLY | RONALD WELDY |
| ANDREW LEVINE | DENNIS GRABER | JOAN PHILLIPS | MAUREEN MUNRO | ROSEANNE LOFTUS |
| ANDREW STUART | DENNIS SULLIVAN | JOEL POOLE | MELISSA SKILKEN | RUSSELL HOOVER |
| ANDREW WOLF | DEREK SMITH | JOHN CHILDERS | MICHAEL BISHOP | SCOTT KYROUAC |
| ANNE STINNEFORD | DEVLIN SCHOOP | JOHN DAMES | MICHAEL CIESLEWICZ | SEAN MACK |
| ANTHONY BARONE | DONALD BROAD | JOHN DIXON | MICHAEL CONNELLY | STACEY SENECZKO |
| ARTHUR RADKE | EDWARD BENCHIK | JOHN EMERY | MICHAEL FLYNN | STEPHAN ROTH |
| BARRY ROBIN | EDWARD HARNEY | JOHN FREY | MICHAEL HENNIG | STEPHEN KAUFMANN |
| BEAU SEFTON | EDWARD RUBERRY | JOHN MCDAVID | MICHAEL HUGHES | STEPHEN KRAVIT |
| BILLEE WARD | ELIZABETH HARVEY | JOHN OSTOJIC | MICHAEL JASSAK | STEPHEN MAASSEN |
| BRADLEY FALKOF | EUGENE MILLER | JOHN O'SULLIVAN | MICHAEL KAEDING | STEVEN CELBA |
| BRIAN CAHILL | FRANCIS MORRISSEY | JOHN RUSHING | MICHAEL KOKAL | STEVEN SANDERS |
| BRIAN EBENER | GARY SMITH | JOHN STUCKEY | MICHAEL MOODY | STEVEN SCHNACK |
| BRIAN FIELDS | GEORGE SOULE | JOMARIE FREDERICKS | MICHAEL OBERMAN | SUSAN GUNTY |
| BRIAN PLEGGE | GREGORY CERULO | JOSEF HORTER | MICHAEL O'ROURKE | SUSAN HUNTER |
| BRUCE KAMPLAIN | GUS SACOPULOS | JOSEPH O'HARA | MICHAEL TERWILLIGER | TANYA BELL |
| BRUCE MARR | HEIDI OERTLE | JOSEPH SHANNON | MICHELLE MONTGOMERY | TERENCE SELBY |
| C. KOEBELE | J. FITZGERALD | JOSEPH WITEK | MURRAY ABOWITZ | THADDEUS STANKOWSKI |
| CAROL PRYGROSKY | J. GASS | JOSHUA MURPHY | NORA PLATT | THERESE KELLY |
| CAROL TATE | JACK BLOCK | JUAN RAMIREZ | PAMELA PAIGE | THOMAS BOSWELL |
| CATHERINE NOVACK | JACQUELYN CHAMPAGNE | K. CAREY | PATRICK HAGGERTY | THOMAS EHRHARDT |
| CECILIA MCCORMACK | JAMES CULHANE | KARL KOONS | PATRICK MCKENNA | THOMAS MEYER |
| CHARLES BOHL | JAMES FIEWEGER | KEITH HAYS | PATRICK PHILLIPS | THOMAS MIXDORF |
| CHARLES DARGO | JAMES HAFELE | KELLY CHERF | PAUL HEATON | THOMAS MURRAY |
| CHARLES REITER | JAMES HICKEY | KELLY MCCLOSKEY | PETER CARLSON | THOMAS WILSON |
| CHRISTOPHER RAISTRICK | JAMES PECKERT | KENNETH GORENBERG | PETER HATTON | TIMOTHY BROWN |
| CIARA FROST | JAMES REIHER | KEVIN DUCKWORTH | PETER HICKEY | TIMOTHY FAGAN |
| CLARKE GILLESPIE | JAMES SNYDER | KEVIN LONG | R. MUTH | TIMOTHY GARDNER |
| CREED TUCKER | JAMES TOOHEY | KEVIN REID | R. STOMMEL | TIMOTHY HARRIS |
| D. GLOOR | JAMES WESTON | KRISTIN ACHTERHOF | RICHARD BAKER | TIMOTHY UEBER |
| DANIEL CHEELY | JAMES WHEELER | KRISTINE KRAFT | RICHARD BOLTON | TOM ROTH |
| DANIEL FARROLL | JAMES WILLIAMS | LAURA O'CONNELL | RICHARD CHAPIN | VANI SINGHAL |
| DANIEL GRAHAM | JAN DODD | LAURE FLANIKEN | RICHARD EWING | VICTOR LAZZARETTI |
| DANIEL OVERBEY | JAY STARRETT | LEE BAKER | RICHARD HAAS | VICTORIA NILLES |
| DAVID ANDERSON | JEFFERY MATTHEWS | LEON TODD | RICHARD HUSER | W. WELSH |
| DAVID BARTEL | JEFFREY JANIK | LEONARD WAGNER | RICHARD LONG | WILLIAM BURNHAM |
| DAVID COLLINS | JEFFREY MCKEAN | LIMO CHERIAN | RICHARD STEINKEN | WILLIAM EHRKE |
| DAVID JONES | JEFFREY REEL | LINDA GRAFT | ROBERT HALEY | WILLIAM HASSLER |
| DAVID MORRIS | JEFFREY SCHMECKPEPER | LISA WARWICK | ROBERT KOPKA | WILLIAM MCGRATH |
| DAVID MUELLER | JEFFREY ZIPES | LORI YOKOYAMA | ROBERT LANCASTER | WILLIS HUIRAS |
| DAVID ROLF | JENNIFER FARDY | MARK JOHNSON | ROBERT SHULTZ | ZANE LUCAS |
| DAVID SLAVKIN | JENNIFER JOHNSON | MARK LIABO | ROBERT WILENS | ZENAIDA FALCON |
| DEAN PANOS | | | | |

**E-MAILED:**

| | | | | |
|---|---|---|---|---|
| ADAM JAGADICH | DAVID SCOUTON | JOHN BABIONE | MARK HITT | RONALD HACK |
| ADAM LAGOCKI | DAVID SETTER | JOHN CANONI | MARK SAMPSON | RUSSELL KLINGAMAN |
| AHNDREA VANDENELZEN | DAVID SZLANFUCHT | JOHN DOUGLAS | MARK TIVIN | RUSSELL SCOTT |
| ALAN ZELKOWITZ | DAVID TEMPLE | JOHN FONSTAD | MARTHA REGGI | SANJAY SHIVPURI |
| ALBERT PARNELL | DAVID WILKINS | JOHN FRANKE | MARTIN SCHWARTZ | SARAH MILLER |
| ALLEN VAUGHAN | DAVID YBARRA | JOHN HALPIN | MARY ANN HATCH | SARAH PAGELS |
| AMANDA SUMMERLIN | DEMETRA CHRISTOS | JOHN HELLER | MARY GAY | SCOTT HENRY |
| AMIEL GROSS | DENNIS CANTRELL | JOHN KENT | MATTHEW FISCHER | SCOTT SIMPKINS |
| AMY MILES | DERRICK HADDOX | JOHN KUROWSKI | MATTHEW JARDINE | SCOTT THOMSEN |
| ANDREW DETHERAGE | DONALD CARLSON | JOHN LAFFEY | MATTHEW THIBODEAU | SEAN SHEEHAN |
| ANDREW VOSS | DONALD ORZESKE | JOHN MCCANTS | MEGAN MURRAY | SHAWANE LEE |
| ANTHONY GOLDNER | DONALD WARD | JOHN SEEBOHM | MEREDITH HUDGENS | SHAWN BABIUCH |
| BARBARA BUBA | DOUGLAS KING | JOHN SHEFFER | MICAH INLOW | SHEHZAD HASAN |
| BARRY LOFTUS | DOUGLAS POLAND | JOHN SON | MICHAEL ANTIKAINEN | SHEILA BIRNBAUM |
| BARRY SHORT | DOUGLAS PROCHNOW | JOHN WALLER | MICHAEL BERGIN | STEPHEN BUSCH |
| BASIL DISIPIO | DREW ODUM | JON BAROOSHIAN | MICHAEL BLOCK | STEPHEN JENKINS |
| BRADLEY NAHRSTADT | EDWARD CASMERE | JON FREDRICKSON | MICHAEL CASCINO | STEPHEN MILOTT |
| BRETT LARSEN | EDWARD CRANE | JON GOLDWOOD | MICHAEL DENNING | STEPHEN SCHWARTZ |
| BRIAN WATSON | EDWARD KENNEY | JONATHAN LIVELY | MICHAEL DRUMKE | STEVEN BARBER |
| BRUCE CLARK | EDWARD MACCABE | JONATHAN MATTINGLY | MICHAEL ROSENBERG | STEVEN BESHORE |
| BRUCE LYON | EDWARD MATUSHEK | JONATHAN PARRINGTON | MICHAEL TRUCCO | STEVEN CARLSON |
| BRYAN SKELTON | EDWARD MCCAMBRIDGE | JONATHAN ZWEIZIG | MICHAEL ZUKOWSKI | STEVEN HART |
| BRYCE BENNETT | EDWARD STUKES | JOSEPH CAGNOLI | MITCHELL MOSER | STEVEN KIRSCH |
| C. DOUGLAS | EMILY ZAPOTOCNY | JOSEPH KRASOVEC | MITCHELL PINSLY | SUSAN HENDERSON |
| C. EVERT | ERIC CARLSON | JOSEPH REJANO | NATHAN FRONK | SUSAN MEHRINGER |
| CARMEN ANDERSON | EVAN EISNER | JOSEPH SULLIVAN | NATHAN QUAGLIA | TEIRNEY CHRISTENSON |

**E-MAILED(con't):**

| | | | | |
|---|---|---|---|---|
| CAROL ZUCKERMAN | FORREST WILKES | JOSHUA JOHANNINGMEIER | NEAL MCQUEENEY | THEODORE HOVDA |
| CATHERINE CARLSON | FREDERICK MUELLER | JOSHUA LEE | NICHOLAS NIZAMOFF | THOMAS CANNON |
| CATHERINE MOHAN | G. BRUCH | JOSHUA SCHEETS | NICOLE BEHNEN | THOMAS GILLIGAN |
| CATHY MOLCHIN | GARY SMITH | JULIE HOWIE | NORA GIERKE | THOMAS GONZALEZ |
| CHAN MCLEOD | GEORGE KISER | KATHERINE SPITZ | OLLIE HARTON | THOMAS HAYES |
| CHARLES JOLEY | GERMAINE WILLETT | KATHRYN DOWNEY | PATRICK FINNEGAN | THOMAS KERNELL |
| CHRISTI JONES | GREGORY COCHRAN | KAYCE GISINGER | PATRICK LAMB | THOMAS NORBY |
| CHRISTOPHER BANASZAK | GREGORY GOLDBERG | KENT PLOTNER | PATRICK STUFFLEBEAM | THOMAS ORRIS |
| CHRISTOPHER CONRAD | GREGORY LYONS | KENT ROGERS | PAUL O'FLAHERTY | THOMAS SCHMITZER |
| CHRISTOPHER LARSON | GREGORY MCNAMEE | KEVIN KNIGHT | PAUL WOJCICKI | THOMAS SCHOBER |
| CHRISTOPHER LEE | HOWARD MORRIS | KEVIN OWENS | PETER MARKS | THOMAS SCHRIMPF |
| CHRISTOPHER P.BANASZAK | J. BRADLEY | KHALAF KHALAF | PETER MCKENNA | THOMAS TARDY |
| CHRISTOPHER STEPHEN | J. MALONEY | KIMBERLY HILLMAN | RAYMOND FOURNIE | THOMAS THIBODEAU |
| CHRISTOPHER TRIBLE | JAMES BOYERS | KIMBERLY SARFF | RAYMOND MODESITT | TIFFANY TURNER |
| CLARE MAISANO | JAMES CARTER | KIRK HARTLEY | REED SUGG | TIMOTHY KAPSHANDY |
| CLARE RUSH | JAMES DENIS | KNIGHT ANDERSON | RENEE MORTIMER | TIMOTHY KRIPPNER |
| CONNIE POSTELLI | JAMES JACOBSON | KRISTINA LEMANSKI | RICHARD BIEDRZYCKI | TIMOTHY MURPHY |
| CRAIG LILJESTRAND | JAMES KASPER | KURT REITZ | RICHARD BOYLE | TIMOTHY PAGEL |
| CURTIS BAILEY | JAMES MORRISON | KURTIS REEG | RICHARD LAUTH | TIMOTHY PIKE |
| CYNTHIA LOCKE | JAMES MURRAY | KYLE MANSFIELD | RICHARD RIEGNER | TOBIN TAYLOR |
| DANIEL DONAHUE | JAMES NIQUET | LANCE MUELLER | RICHARD SCHUSTER | TRACY COWAN |
| DANIEL ELGER | JAMES WYNNE | LAUREL JOHNSON | RICK SHEA | TREVOR WILL |
| DANIEL GRIFFIN | JAMIE YADGAROFF | LAURIE MCLEROY | ROBERT LONG | VIRGINIA GIOKARIS |
| DANIEL JARDINE | JANELLE LINDER | LAURIE RANDOLPH | ROBERT MCCOY | W. REBER |
| DANIEL LONG | JASON KENNEDY | LESLEY SHERMETA | ROBERT MEYER | W. SIESENNOP |
| DANIEL MANNA | JASON MOHR | LESLIE OFFERGELD | ROBERT PISANI | WALTER WATKINS |
| DANIEL MCGRATH | JASON RUBIN | LISA CORWIN | ROBERT RALEIGH | WARD BROWN |
| DANIEL MULHOLLAND | JEFFERY FERTL | LISA DILLMAN | ROBERT RILEY | WAYNE MARVEL |
| DANIEL O'CONNELL | JEFFREY FECHT | M. GRANT | ROBERT SANDS | WILLIAM CROKE |
| DANIEL RUSTMANN | JEFFREY HEBRANK | MAGGIE NIGRO | ROBERT SCHMIEDER | WILLIAM MAHONEY |
| DANIEL TRACHTMAN | JEFFREY ROGERS | MAJA EATON | ROBERT SCHROEDER | WILLIAM MILLS |
| DAVID CYR | JENNIFER BLACKWELL | MARGARET BYRNE | ROBERT SCOTT | WILLIAM SERRITELLA |
| DAVID DAMICO | JENNIFER KALAS | MARGARET FOSTER | ROBERT SPINELLI | WILLIAM SHENKENBERG |
| DAVID DOGAN | JENNIFER STUDEBAKER | MARK BAUMAN | ROBERT SPITKOVSKY | WILLIAM SHULTZ |
| DAVID FANNING | JENNIFER WATSON | MARK DESROCHERS | ROBERT WILKINSON | WILLIAM SMITH |
| DAVID HENDRICKSON | JEROME FERIANCEK | MARK EISLER | ROGER HEIDENREICH | WILLIAM WENDLING |
| DAVID JONES | JILL FELKINS | MARK FELDMANN | RONALD AUSTIN | WILLIS TRIBLER |
| DAVID KELLEHER | JOEL SPITZ | | | |
| DAVID NILLES | JOHN ARRANZ | | | |