# EXHIBIT B

# ASBESTOS SCREENING PACKET
Confidential Attorney-Client Work Product
## Cascino Vaughan Law Offices, Ltd.
### 1-800-783-0081

M:\Screen\Forms\Asbestos Screening Packet 3-2000.wpd

## 1. Claimant Information:

Name:
Last: O'Keefe       First: Robert       Middle Initial: V.

Social Security Number: ▓▓▓▓ 3060       Date of Birth: ▓▓▓▓ 1937

Gender: ☒ Male  ☐ Female       (If deceased) Date of Death: ___/___/_____

Address: 903 S. 17th St.

City: Pekin       State: IL       Zip Code: 61554

County of Residence: Tazewell       Telephone # (309) 353-9038

Marital Status:       If Married:   Spouse's Last Name: O'Keefe
☒ Married
☐ Widowed       First Name: Nadra       Middle Initial: L.
☐ Divorced
☐ Separated       Spouse's Social Security Number: ▓▓▓▓ 9704
☐ Unmarried
                  Spouse's Date of Birth: ▓▓▓▓ 1942

Number of Financial Dependants (including spouse if applicable): _____

### Please list below all beneficiaries:

1.) Name: Mary Reynolds       DOB: ▓▓▓▓ 1963   SSN: ▓▓▓▓ -4495
Address: 1009 So 8th St.       Relationship to Claimant: Daughter
City: Pekin       State: IL   Zip: 61554
Is this person a financial dependant?   ☐ Yes  ☒ No

2.) Name: Cynthia Nash       DOB: ▓▓▓▓ 1959   SSN: ▓▓▓▓ 7971
Address: P.O. Box 509       Relationship to Claimant: Daughter
City: Tremont       State: IL   Zip: 61568
Is this person a financial dependant?   ☐ Yes  ☒ No

3.) Name: Mark O'Keefe       DOB: ▓▓▓▓ 1961   SSN: ▓▓▓▓ -5206
Address: P.O. Box 1580       Relationship to Claimant: Son
City: Tremont       State: IL   Zip: 61568
Is this person a financial dependant?   ☐ Yes  ☒ No

Please provide the same information for any additional beneficiaries on a separate sheet.

## 2. Medical History:

Has a physician ever diagnosed you with any of the following? (check all that apply)
Asbestos-related diseases:
- ☐ Asbestosis
- ☒ Primary Lung Cancer
- ☐ Laryngeal Cancer
- ☐ Stomach Cancer
- ☐ Rectal Cancer
- ☐ Asbestos-Related Pleural Disease
- ☐ Malignant Mesothelioma (not Melanoma)
- ☐ Throat Cancer
- ☐ Small Intestine Cancer
- ☐ Colo-Rectal Cancer
- ☐ Esophageal Cancer
- ☐ Pharyngeal Cancer
- ☐ Colon Cancer

Date Disease was Diagnosed: 12/23/2004

Non-asbestos-related diseases:
- ☒ Emphysema
- ☐ Parkinson's Disease
- ☐ Chronic Obstructive Pulmonary Disease (COPD)

☐ Any Other Cancer(s): _____

Date Disease was Diagnosed: __/__/2000

☐ I have never been diagnosed with any of the above mentioned diseases

Primary Care Physician: ~~Dr. John Baer~~ Dr. Stephen A. Cullinan - F.A.C.P.
Address: 600 South 13th St.          Phone: (309) 353-0214
City: Pekin   State: IL   Zip: 61554

## 3. Personal Representative (if claimant is deceased):

Last Name: O'Keefe    First Name: Nadra    Middle Initial: L

Social Security Number: ___-__-____   Date of Birth: [redacted]/1942

Relationship to Claimant: Wife

## 4. Employment History:

Primary Occupation: Keystone Wire Mill   From: 1955 To: 1991

Secondary Occupation: St Joseph Church   From: 1999 To: 2004

What is your current employment status (check one):
- ☐ Full-time outside the home
- ☐ Part-time outside the home
- ☒ Retired
- ☐ Full-time within the home
- ☐ Part-time within the home
- ☐ Disabled

What was the year you last earned a wage? _____
What was the approximate amount of your wage when last working?

$_____.00  per (circle one:) Hour / Week / Month / Year

Do you receive a pension?   ☒ Yes  ☐ No
If yes, how much money do you receive monthly?   $ 1200.00

# 5. Exposure History:

Have you ever worked around asbestos?   ☒ Yes   ☐ No

What do you think is the first year you worked with or around asbestos: 19 60

What do you think was the last year you worked with or around asbestos: 1976

In which of the following locations do you believe you were exposed to asbestos during the 1950's, 1960's, and/or 1970's ? (Check all that apply)
- ☐ Powerhouses
- ☐ Chemical plants
- ☐ Refineries
- ☒ Iron/Steel Mills
- ☐ Shipyards
- ☐ Breweries
- ☐ Paper Mills
- ☐ Manufacturing Plants
- ☐ Railroads
- ☐ Auto-Industry
- ☐ Construction Sites (commercial)
- ☐ Construction Sites (residential)
- ☐ Other : _____

In which state(s) do you believe you were exposed to asbestos:
☒ Illinois  ☐ Indiana  ☐ Wisconsin  ☐ Others: _____

Check any of the following activities that went on around you at the sites you worked:
- ☒ Tear-out
- ☐ Demolition
- ☒ Renovation
- ☐ New Construction
- ☒ Clean-up

Did you ever work around Turbines?   ☐ Yes   ☒ No
If yes, please check the box next to manufacturers of turbines used at your work sites.
Manufacturers:
☐ Westinghouse   ☐ General Electric   ☐ Other(s): _____

Did you ever work around Boilers?   ☐ Yes   ☒ No
If yes, please check the box next to manufacturers of boilers used at your work sites.
Manufacturers:
- ☐ Babcock & Wilcox
- ☐ Kewanee
- ☐ Combustion Engineering
- ☐ Other(s): _____
- ☐ Foster Wheeler

Check the types of products used at any of the sites you worked:(check all that apply)
- ☐ Textiles, Felts, or Cloth
- ☐ Electrical Products
- ☐ Protective Clothing
- ☐ Chemical Adhesives
- ☐ Wallboard, Wall Covering, Lumber
- ☐ Filters
- ☐ Roofing, Shingles, Siding
- ☐ Welding Products
- ☒ Cement Boards/Sheets
- ☐ Floor Tile
- ☐ Raw Asbestos Fiber
- ☐ Cork Products
- ☒ Asbestos Paper, Rollboard, Millboard
- ☐ Home Use Products

☐ Pipe Coverings and Block
☐ Friction/Automotive Materials
☐ Cements, Adhesives, Boiler Coatings
☐ Gaskets, Packing, Sheets, Rope, Wick, Cord, Tape
☐ Plasters, Protective Coating, Fireproofing, Compounds, Paints
☐ Cement/Plastic Pipe
☒ Hot Tops/Steelmaking
☐ Refractory Products

How and where do you think you were exposed to asbestos during the 1950's, 1960's and/or 1970's? (Example: We would remove pipe-wrap in the boiler room before cutting into pipes and breathe in falling particles.)

_We would mix up asbestos in a wheelbarrel to spread it on the outsides of the brick (thermal flake) to keep the heat inside_

## 6. Smoking History:

Have you ever been a regular cigarette smoker?    ☒ Yes   ☐ No
Are you currently a cigarette smoker?              ☐ Yes   ☒ No

First Year Smoking: __1956__    Last Year Smoking: __2000__
While Smoking how many packs-per-day did you average? 1½
☐ 0-½   ☐ ½-1   ☐ 1   ☐ 1-1½   ☒ 1½-2   ☐ 2   ☐ More: __1½__ packs-per-day

## 7. Union History:

Have you ever been a union member?    ☒ Yes   ☐ No
If yes:
- Union Name (i.e. Laborers', Electrical Workers, etc.):
  __Independent Steelworkers Alliance__
  Local #: _____   City: __Bartonville__   State: __Ill.__

- Union Name (i.e. Laborers', Electrical Workers, etc.):
  _____
  Local #: _____   City: _____   State: _____

Have you ever been a union officer?   ☐ Yes   ☒ No

If yes, what position(s) have you held? _____  At which local? _____

## 8. Coworker Information:

In this section we are asking for information that could lead us to people that may have knowledge that could support your possible claims. Please list as much information as you can regarding coworkers who are currently living.

1.  Coworker's Name: __Duane Ivey__

Coworkers Phone Number: (309) 543-6579

Street Address: RR 2 Sherwood Forest Rd.

City: Havana   State: IL   Zip: 62644

2. Coworker's Name: Dick Ulrich

Coworkers Phone Number: (309) 266-9108

Street Address: 722 Detroit Ave.

City: Morton   State: IL   Zip: 61550

Feel free to list additional co-workers on a separate sheet of paper.

Do you know any individuals responsible for ordering products (Purchasing Agents) used at any of the sites at which you worked during the 50's, 60's, 70's or 80's?
   ☐ Yes   (If yes, someone from our office may contact you regarding contacting this individual.)
   ☒ No