## ENGAGEMENT AGREEMENT- ILLINOIS

THIS ENGAGEMENT AGREEMENT ("Agreement") is entered into between Cascino Vaughan Law Offices, Ltd. ("CVLO") and _Robert V. O'Keefe_ (NAME) and _Nadra L. O'Keefe_ (SPOUSE) ("Clients") as of this _29_ day of _September_, 20_05_. CVLO and Clients agree that:



EXHIBIT 2

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date set forth above

Client's Full Name: Robert Vincent O'Keefe                Spouse's Full Name: NADRA Lynn O'Keefe

X Client's Signature: Robert O'Keefe                      Spouse's Signature: Nadra Lynn O'Keefe

Client's Social Security Number: ███-30-6060              Spouse's Social Security Number: ███-9704