

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

OCT 1 2 2005

Nadra O'Keef
903 S 17th St.
Pekin, IL 61554



# BUSINESS REPLY MAIL

FIRST CLASS MAIL   PERMIT NO. 94203   CHICAGO, IL

POSTAGE WILL BE PAID BY ADDRESSEE:

CASCINO VAUGHAN LAW OFFICES LTD
220 S ASHLAND AVE
CHICAGO IL 60607-9940

ATTN. Asbestos Screening Prgm

EXHIBIT
3