# ASBESTOS SCREENING PACKET

Confidential Attorney-Client Work Product

## Cascino Vaughan Law Offices, Ltd.

### 1-800-783-0081

M:\Screen\Forms\Asbestos Screening Packet 3-2000.wpd

## 1. Claimant Information:

**Name:**

**Last:** O'Keefe     **First:** Robert     **Middle Initial:** V.



EXHIBIT

4