# CASCINO VAUGHAN LAW OFFICES, LTD

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. McCOY (IL,MO,WI)
JACQUELINE J. HERRING (IL,GA)

220 SOUTH ASHLAND
CHICAGO, ILLINOIS
60607-5308
312-944-0600
312-944-1870 FAX

OF COUNSEL
DONALD J. BERGER (IN)
MICHAEL A. POLLACK (WI)

*rec'd 11-14-07*

VIA US MAIL
November 9, 2007

John D. Baer, M.D.,
105 S Locust St.
Tremont, IL 61568

    Re:    Robert O'Keefe
    SSN:   ■■■-3060
    DOB:   ■■/1937

EXHIBIT 6

Dear Dr. Baer:

Our firm represents the family of the decedent, Robert O'Keefe, in asbestos litigation concerning his exposure to asbestos.

Review of his treatment records indicate that biopsy attempts were unsuccessful at diagnosing his cancer and the diagnosis of small cell carcinoma of the lung was made based on history of asbestos exposure, radiological findings, and symptomology. However, for settlement purposes we need a diagnosis to a medical degree of certainty that he had lung cancer.

We would ask of you only to create and sign an affidavit that in your expert opinion, Mr. O'Keefe suffered from lung cancer which was caused as a direct result of his asbestos exposure of 49 years as a laborer. See the sample affidavit on the enclosed disk. This affidavit would be used for out-of-court, bankruptcy settlements and therefore, <u>no</u> court testimony is required by the examining physician.

For your convenience and review, I have enclosed copies of Mr. O'Keefe's medical records from Pekin Hospital.

Thank you. Should you have any questions, please do not hesitate to call me or Lynn Pochowicz at 1-800-783-0082.

Please send your invoice for this service to my attention at the above address.

Respectfully,

Allen D. Vaughan
adv/lp

*12-10-07*
*[handwritten note:] Ans = Allen Vaughan - no need to provide affidavit right now, given Hx small cell CA + smoking too, He will report if add'l info needed.*