# CASCINO VAUGHAN LAW OFFICES, LTD

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. McCOY (IL, WI)
JONATHAN B. PIPER (IL)
JONATHAN FREILICH (IL, WI)
R. MATTHEW SCHROEDER (IL)
KRISTEN P. STAMBAUGH (IL)
JIN-HO CHUNG (IL)

220 SOUTH ASHLAND
CHICAGO, ILLINOIS
60607-5308
312-944-0600
312-944-1870 FAX
www.cvlo.com

OF COUNSEL
MICHAEL A. POLLACK (WI)



EXHIBIT 7

January 6, 2012
via Federal Express

David B. Setter, Esq.
Forman Perry Watkins Krutz & Tardy
1775 Sherman St., suite 1900
Denver, CO 80203

Dear Mr. Setter,

The enclosed CD contains images of documents produced in response to Judge Strawbridge's December 9, 2011 order (the "Order") and his December 20, 2011 order concerning discovery matters involving "plaintiffs' principal diagnosing and testifying expert physicians, Dr. Alvin J. Schonfeld, Dr. Henry Anderson, and Dr. Ibrahim Sadek" ("the diagnosing doctors").

Plaintiffs renew and reassert any and all objections, rights, privileges and protections with respect to the discovery at issue and the Court's order, including without limitation any and all claims of attorney-client privilege, and trial-preparation, work product, consulting expert, retained expert, or other Rule 26 protection(s). We are therefore not producing communications by counsel with retained or consulting experts, notes or draft reports that do not constitute final reports, facts, data assumptions, or compensation information. This production is made subject to and without waiver of any and all applicable privileges, protections and/or objections. Given the short time frame for production, it is possible that documents have been produced that are, in whole or in part, privileged or protected from discovery under Rule 26, or that confidential client information for non-MDL clients has not properly been redacted. Any such production is inadvertent and CVLO requests that if you become aware of any such material in this production you please immediately return the original and all copies of such documents to CVLO.

The contents of the CD and how the documents relate to the categories of the Order and the subpoenas and "screening" requests are as follows:

1. Order ¶¶ 1.b, 1.d, 2.b, and 2.d (¶¶ 2 and 6 of the subpoena exhibits). The CD contains the diagnosing doctors' final reports relating to evaluations of currently pending CVLO MDL-875 plaintiffs, along with documents reflecting facts, data and assumptions they considered in

David Setter, Esq.
6 January 2012
Page 2

that regard. The information is organized into plaintiff specific subfolders in a main folder named *"Plaintiff documents."*

To the extent that X-rays of the plaintiffs are responsive, the enclosed CD contains a subfolder named *"X-rays"* that contains two documents. One document lists X-rays that have previously been produced at the IKON depository for currently pending MDL-875 plaintiffs. The second document lists X-rays in CVLO's possession, custody or control for currently pending MDL-875 plaintiffs that have not previously been produced. CVLO will be happy to make arrangements for you to view or re-view any of these X-rays.

2. Order ¶¶ 1.b and 2.b (¶ 4 of the subpoena exhibits). The enclosed CD contains a main folder with documents relating to compensation of the diagnosing doctors, labeled *"Compensation."* One Compensation subfolder (*"Dr. Sadek"*) contains compensation documents concerning Dr. Sadek relating to his evaluations of currently pending CVLO MDL-875 plaintiffs. A second subfolder (*"Dr. Anderson"*) contains compensation information concerning Dr. Anderson relating to his evaluations of currently pending CVLO MDL-875 plaintiffs. A third subfolder (*"Dr. Schonfeld"*) contains compensation information Dr. Schonfeld relating to his evaluations of currently pending CVLO MDL-875 plaintiffs, including responsive documents that were in the possession of Dr. Schonfeld. A fourth subfolder contains 1099s for all three diagnosing doctors (*"1099s"*).

3. Order ¶ 1.c, and ¶ 2.b of the December 20, 2011 order. The Sadek subfolder includes a redacted Sadek Invoice List, as well as a redacted Invoice List for Mid-America Medical Center, a company associated with Dr. Sadek.

4. Order ¶¶ 1.d and 2.d (¶ 6 of the subpoena exhibits). To the extent that those paragraphs require production of final reports or facts, data and assumptions considered in that regard by the diagnosing doctors with regard to currently pending CVLO MDL-875 plaintiffs, please see paragraph 1 above. To the extent that these paragraphs require production of information concerning compensation of the diagnosing doctors with regard to currently pending CVLO MDL-875 plaintiffs, please see paragraph 2 above.

5. Order ¶ 1.e of the Order (¶ 10 of the subpoena exhibits). The Plaintiff Documents folder contains a subfolder named *"Wisconsin PFTs,"* and that folder contains a document identifying, to the extent plaintiffs have been able to ascertain it, the plaintiff name and date of the pft for (1) plaintiffs whose cases were originally filed in Wisconsin, who were evaluated by Dr. Sadek, and (2) one plaintiff who resides in Wisconsin but whose case was filed in Illinois, and who was evaluated by Dr. Sadek. To the extent that CVLO has a copy of the pft, it is being produced in the relevant plaintiff-specific folder described in paragraph 1 above. So far as CVLO has been able to ascertain, Dr. Sadek did not order or prescribe any X-rays with regard to Wisconsin plaintiffs.

David Setter, Esq.
6 January 2012
Page 3

    6. Order ¶ 3, regarding "screening documents." Our response is included in the documents contained in the "Plaintiff Documents" folder on the enclosed CD.

Very truly yours,

Allen D. Vaughan, Esq.
Michael P. Cascino, Esq.
Robert G. McCoy, Esq.
Jonathan B. Piper, Esq.

cc via e-mail (w/o encl.):

Defense Liaison Committee
cmevert@owhlaw.com
mdrumke@heplerbroom.com
Rriley@schiffhardin.com
rspinelli@kimsh.com
dmsetter@fpwk.com
mlauth@owhlaw.com

The Court
Chambers_of_Judge_Strawbridge@paed.uscourts.gov
lauren_a_fine@paed.uscourts.gov
Joel_Lang@paed.uscourts.gov